United States
District Courts

Case: 1:16-cv-01565
Assigned To : Unassigned
Assign. Date : 8/2/2016
Description: Pro Se Gen. Civil (F Deck)

Date filed
Charges
7-6-2016

Barry Hutchins Pro-Se 2512 Virginia Ave.
WASH, DC. 20037
US.

Social Security Office of
Civil Rights

Denial of SSI Benefits Emergency
Retroactive Expedited, Lawsuit Amount
, Emergency Benefits Requested
1 Hundred 4 Thousand dollars

Barry Hutchins     2512 Virginia Ave. N.W.
WASH, DC. 20037
US.

Dept. of Behavioral Health
35 K. St. N.E. WASH, Dc. 20002
Dr. Robert Shomon. M.D
Psychiatrist.

Discrimination, side effects from
Psychiatric Drugs. Lawsuits
Amount thousand dollars 1 Hundred
thousand Dollars

Barry Hutchins     2512 Virginia Ave. N.W.
WASH, DC. 20037.
V.S.

Dept. of Human Srus.
64 N.Y. Ave. N.E.
645. H. St N.E. WASH, DC. 20002
WASH, DC. 20002

**RECEIVED**

JUL - 7 2016

Clerk, U S District & Bankruptcy
Courts for the District of Columbia

Denial of food Stamps Increase
Amount, Discrimination I.d.A. dept.
Appeals. Low Benefits Amount no
I. d. A. Expedated emergency
Benefits to me, Lawsuits
Amount. 1 Hundred
thousand dollars

Barry Hutchins     2512 Virginia Ave, NW,
WASH, DC. 20037
US.

New york Ave. Men's Shelter
1355 N.Y. Ave. NE. WASH, DC 20002

Discrimination
Unclean Living environment
Lawsuits Amount 1 Hundred
thousand dollars

Barry Hutchins     2512 Virginia Ave, NW.
WASH, DC 20037
US.

Federal Bureau of Investigation     935
Pennsylvania Ave,
WASH, DC. 2001

1

BARRY Hutchins 2512 Virginia Ave. N.E.
WASH, DC. 20037

VS.

WAShington Legal    Daniella +        U. Street N.W.
Clinic for the Homeless    Chris Edleman

~~Superior Civil Courts~~

BARRY Hutchins    # 2512 Virginia Ave. N.E.    Superior Civil Courts
WASH, DC. 20037    500 Indiana Ave.
VS.    Judge R. ROSS, MAURICE    WASH, DC, 20001
Superior Civil Courts    ~~Judge Robert~~

BARRY Hutchins 2512 Virginia Ave. N.W.
WASH, DC. 20037

VS

Superior Civil Courts    500 Indiana Ave, N.W,
Judge Robert R. Rigsby    WASH, DC 20001

Barry Hutchins

VS.

Bread for the City 1525
Legal Clinic    7th St. WASH, DC. 20001

Barry Hutchins 2512 Virginia Ave, N.W.
WASH, DC 20037
VS.

Legal Aid Society    7331 H. St. N.W.
WASH, DC. ~~20005~~

Barry Hutchins 2512 Virginia Ave, N.W.    office of
VS.    ~~Hearings~~ Adm. Hearings.
Office of Civil Rights    441 4th St. N.W. Suite 450 N.
WAShington, DC. 20001

Compliants

I Am Suing EACH Defendant for $100,000, Hundred thousand dollars Apiece for Discrimination, dedial for foodstamps + Interm, Disability, Assistance, emergency RetroActive, Expedited Benefits. Not+Aking My Victim's Report. When needed. for courts, And No Legal Representation. I Am Requesting RetroActive Emergency Expedited SSI - Disability Benefits for food + CASH from the Social Security Adm while they Appeals my Social Security - Disability claim. I filed the Notice of Appeal So May 13, 2016 with the O.D.A.R. At 25th St. I Need emergency food stamps on my E.B.t. CArd. + Interm Disability Assistance Appeals claim Approved.

I Am filing
CHArges Against
ALL Agencies +
PArtnes, Defendants
in federal civil
Courts. 7-6-2016
DAte CHArges
filed for
Illegal strip-seArches
for 17 yeArs Homelessness
Mens shelters, CC, N.V., N.V. Ave. Mens
shelters, AdAms Mens shelters.
George WAshington University Hospital
HowArd Hospital Unity HeAlthcAre
BreAd for the City
DADidson, MedicAL NW pediatre

Barry Hukins
2512 Virginia Ave, N.W.
WASH, DC. 20037